Krista M. Enns, State Bar No. 206430
Winston & Strawn LLP
101 California St.
San Francisco, CA  94111
Phone: 415.591.1402
Fax: 415.591.1400
kenns@winston.com

Attorneys for Defendants
Otsuka Pharmaceutical Co., Ltd., and
Otsuka America Pharmaceutical, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| STEPHANIE PAMINTUAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRISTOL-MYERS SQUIBB COMPANY, OTSUKA PHARMACEUTICAL CO., LTD., and OTSUKA AMERICA PHARMACEUTICAL, INC.<br><br>　　　　　Defendants. | CASE NO.: 3:16-cv-00254-HSG<br><br>*Honorable Haywood S. Gilliam, Jr.*<br><br>**STIPULATION TO EXTEND TIME AND ORDER** |

This stipulation in the above-captioned matter is made by and between the attorneys for Plaintiff Stephanie Pamintuan ("Plaintiff") and Defendants Bristol-Myers Squibb Company, Otsuka Pharmaceutical Co., Ltd., and Otsuka America Pharmaceutical, Inc. (collectively "Defendants").

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties hereto, that the prescribed time within which Defendants may move, answer, or otherwise respond to the Complaint is hereby extended by 30 days, and that Plaintiff will have an additional 30 days from the time prescribed by the applicable rules to respond to any motion filed by Defendants in response to the Complaint.

1

STIPULATION TO EXTEND TIME AND [PROPOSED] ORDER
*Pamintuan v. Bristol-Myers Squibb Company, et al.*, Case No. 3:16-cv-00254-HSG

This is the parties' first request for an extension.  All parties agree to this extension, and the extension does not affect any other previously scheduled dates.

IT IS SO STIPULATED.

Dated:  February 12, 2016

      Barry Thompson
      Hogan Lovells US LLP
      1999 Avenue of the Stars, Suite 1400
      Los Angeles, California 90067
      Telephone:  (310) 785-4600
      Fax:  (310) 785-4601
      barry.thompson@hoganlovells.com

      Lauren Colton
      Hogan Lovells US LLP
      100 International Drive, Suite 200
      Baltimore, Maryland 21202
      Telephone:  (410) 659-2700
      Fax:  (410) 659-2701
      lauren.colton@hoganlovells.com

*Attorneys for Defendant Bristol-Myers Squibb Company*

      Krista M. Enns, State Bar No. 206430
      Winston & Strawn LLP
      101 California St.
      San Francisco, CA  94111
      Phone: 415.591.1402
      Fax: 415.591.1400
      kenns@winston.com

      Matthew A. Campbell
      Winston & Strawn LLP
      1700 K Street, N.W.
      Washington, DC  20006
      Phone: 202.282.5848
      macampbe@winston.com

2

STIPULATION TO EXTEND TIME AND [PROPOSED] ORDER
*Pamintuan v. Bristol-Myers Squibb Company, et al.*, Case No. 3:16-cv-00254-HSG

                    Luke A. Connelly
                    Winston & Strawn LLP
                    200 Park Avenue
                    New York, NY  10166
                    Phone: 212.294.6882
                    lconnell@winston.com

*Attorneys for Defendant*
*Otsuka Pharmaceutical Co., Ltd.*
*And Otsuka America Pharmaceutical, Inc.*

Dated:  February 12, 2016

_____
Gary L. Wilson (CA Bar # 139358)
Megan J. McKenzie (MN Bar # 388081)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
Phone: 612.349.8500
Fax: 612.339.4181
gwilson@robinskaplan.com
mmckenzie@robinskaplan.com

*Attorneys for Plaintiff Stephanie Pamintuan*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: <u>February 16, 2016</u>

*/s/ Haywood S. Gilliam, Jr.*
UNITED STATES DISTRICT JUDGE

---

3

STIPULATION TO EXTEND TIME AND [PROPOSED] ORDER
*Pamintuan v. Bristol-Myers Squibb Company, et al.*, Case No. 3:16-cv-00254-HSG