UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Stephanie Pamintuan

Plaintiff(s),

v.

Bristol-Myers Squibb Co., et als.

Defendant(s).

Case No: 3:16-cv-00254-HSG

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

I, Matthew Eisenstein, an active member in good standing of the bar of DC & Virginia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Bristol-Myers Squibb Company in the above-entitled action. My local co-counsel in this case is Barry J. Thompson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Arnold Porter LLP, 601 Massachusetts Ave., N.W., Washington, DC 20001 | Hogan Lovells US LLP, 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 942-6606 | (310) 785-4606 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| Matthew.eisenstein@aporter.com | Barry.thompson@hoganlovells.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 476577 & 45345

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/9/16

APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Matthew Eisenstein is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/12/2016

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER



**District of Columbia Court of Appeals**
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## MATHEW A. EISENSTEIN

was on   MARCH 8, 2002   duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on   May 2, 2016

JULIO A. CASTILLO
Clerk of the Court

By: _____
       Deputy Clerk

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

**MATTHEW ADAM EISENSTEIN**

was admitted to practice as an attorney and counsellor at the bar of this Court on October 30, 2000.

I further certify that so far as the records of this office are concerned, MATTHEW ADAM EISENSTEIN is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 2nd day of May A.D. 2016

By: _____
*Deputy Clerk*