UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE PAMINTUAN, | Case No: 3:16-cv-00254-HSG |
| Plaintiff(s), | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3) |
| v. | |
| BRISTOL-MYERS SQUIBB COMPANY, OTSUKA PHARMACEUTICAL CO., LTD., and OTSUKA AMERICA PHARMACEUTICAL, INC. | |
| Defendant(s). | |

I, MATTHEW A. CAMPBELL, an active member in good standing of the bar of Court of Appeals for the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: OTSUKA PHARMACEUTICAL CO., LTD., OTSUKA AMERICA PHARMACEUTICAL, INC. in the above-entitled action. My local co-counsel in this case is KRISTA M. ENNS, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| WINSTON & STRAWN LLP<br>1700 K Street N.W.<br>Washington, DC 20006-3817 | WINSTON & STRAWN LLP<br>101 California Street<br>San Francisco, CA 94111-5840 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 282-5000 | (415) 591-1000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| MACampbe@winston.com | kenns@winston.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 472293.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 5/17/16

_M. Campbell_
APPLICANT
MATTHEW A. CAMPBELL

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of MATTHEW A. CAMPBELL is granted,

*PRO HAC VICE* APPLICATION & ORDER                                              October 2012

American LegalNet, Inc.
www.FormsWorkFlow.com

1  subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
2  appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
   designated in the application will constitute notice to the party.
3  Dated: 5/18/2016

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*PRO HAC VICE* APPLICATION & ORDER



# District of Columbia Court of Appeals
### Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## MATTHEW A. CAMPBELL

was on       MAY 11, 2001     duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **May 13, 2016**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

MATTHEW ALAN CAMPBELL

was admitted to practice as an attorney and counsellor at the bar of this Court on November 1, 1999.

I further certify that so far as the records of this office are concerned, MATTHEW ALAN CAMPBELL is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 16th day of May

A.D. 2016

By: _____
*Deputy Clerk*