UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE PAMINTUAN,<br><br>        Plaintiff,<br><br>    v.<br><br>BRISTOL-MYERS SQUIBB COMPANY, et al.,<br><br>        Defendants. | Case No. 16-cv-00254-HSG<br><br>**ORDER VACATING PRO HAC VICE ADMISSIONS AND DIRECTING PLAINTIFF'S COUNSEL TO FILE AMENDED APPLICATIONS**<br><br>Re. Dkt. Nos. 12 & 20 |

The Court previously granted two *pro hac vice* applications filed by Munir Meghjee and Megan McKenzie, counsel for Plaintiff Stephanie Pamintuan ("Plaintiff"). Dkt. Nos. 12 & 20. In their applications, Mr. Meghjee and Ms. McKenzie designated Gary Wilson as local counsel as required under Civil Local Rules 3-4(a)(2) and 11-3(a)(3). Mr. Wilson later filed a letter with the Court, stating that he believes his local counsel designation may be improper because he does not personally maintain an office in California, only his firm does. Dkt. No. 56. To help rectify this error, two members of Mr. Wilson's firm who maintain an office in California filed a notice of appearance. Dkt. No. 55. The Court appreciates Mr. Wilson's candor and professionalism. To resolve the issue, the Court hereby **VACATES** its earlier orders approving Mr. Meghjee and Ms. McKenzie's pro hac vice applications, Dkt. Nos. 12 & 20, and **DIRECTS** those attorneys to file amended applications designating Mr. Wilson's colleagues as local counsel by July 15, 2016.

    **IT IS SO ORDERED.**

Dated: 7/14/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge